Matthew M. Pruitt (12474)
KIRTON McCONKIE, P.C.
301 N 200 E, Suite 3-A
St. George, Utah 84770
Tel.:   435-574-5672
Email: mpruitt@kmclaw.com
*Attorneys for Aaron David De La Hoz and
The Church of Jesus Christ of Latter-day Saints*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| SAMANTHA RIVERA,<br><br>Plaintiff,<br><br>vs.<br><br>AARON DAVID DE LA HOZ, THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, and NEVADA LAS VEGAS MISSION,<br><br>Defendants. | CASE NO.: 2:25-cv-00136<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

Plaintiff, SAMANTHA RIVERA, and Defendants, AARON DAVID DE LA HOZ, THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, and NEVADA LAS VEGAS MISSION, hereby stipulate under Federal Rule of Civil Procedure 41(a)(1)(ii) that this action be dismissed with prejudice as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs.

| | |
|---|---|
| KIRTON McCONKIE | TINGEY INJURY LAW FIRM |
| */s/ Matthew Pruitt*_____ | */s/ Bruce D. Tingey*_____ |
| MATTHEW PRUITT, ESQ. | BRUCE D. TINGEY, ESQ. |
| Nevada Bar #12474 | Nevada Bar # 5151 |
| 301 N 200 E, Suite 3-A | OLIVER TINGEY, ESQ. |
| St. George, Utah 84770 | Nevada Bar #16638 |
| *Attorneys for Aaron David De La Hoz and* | 817 S Main Street |
| *The Church of Jesus Christ of Latter-day Saints* | Las Vegas, NV 89101 |
| | *Attorneys for Samantha Rivera* |

1

**ORDER OF DISMISSAL**

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(ii), it is ordered that this action be, and hereby is, dismissed with prejudice as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs. The Clerk is directed to close the file.

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE or
UNITED STATES MAGISTRATE JUDGE

Dated: April 7th, 2025